# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:      *

**RICHARD LANCE STUBBLEFIELD,**      *      Case No. 24-10859-KHK
     *      Chapter 7

Debtor.      *

## ORDER PURSUANT TO NOTICE OF FILING TRUSTEE'S FINAL REPORT AND ACCOUNT BEFORE DISTRIBUTION, APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

The Trustee having filed his final report and account before distribution, and an opportunity for hearing having been given to all creditors and other parties in interest, no objections having been filed within the time fixed by the Court, and the Court having duly examined and considered all applications for compensation and reimbursement of expenses; it is therefore

ORDERED that the Final Report and proposed distribution to creditors are hereby approved and the Trustee is directed to make payment in accordance with said proposed distribution; and

FURTHER ORDERED that reasonable compensation for actual and necessary services rendered or reimbursement of actual and necessary expenses incurred are hereby awarded or allowed pursuant to 11 U.S.C. 330(a), 503(b)(2) or 503(b)(4), as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Donald F. King, Trustee | $ 6,947.43 | $ 46.00 |
| Odin Feldman Pittleman PC | $ 5,052.00 | $ 0.00 |

It is further ORDERED that the compensation of the Trustee may be increased to include commissions earned on interest accrued through the date of distribution.

Date: Apr 10 2025
Alexandria, VA

/s/ Klinette H Kindred
**KLINETTE H. KINDRED**
**United States Bankruptcy Judge**

Entered on docket: Apr 11 2025

I ASK FOR THIS

/s/ *Donald F. King*
**Donald F. King, Trustee**
**1775 Wiehle Avenue, Suite 400**
**Reston, Virginia 20190**
**Direct:   703-218-2116**
**Fax:       703-218-2160**
**Email:   kingtrustee@ofplaw.com**

SEEN AND NO OBJECTION

/s/ *Michael T. Freeman*
**Michael T. Freeman, Esquire**
**Office of the United States Trustee**

PARTIES TO RECEIVE COPIES:

Counsel for Trustee – to be served electronically
Counsel for Debtor – to be served electronically

#5910658v1